Submitted on appellant's brief and respondent's letter July 15, reversed and remanded August 26, 1987

# HAMMER,
*Appellant,*

*v.*

# DOUROUX,
*Respondent.*

(8490146; CA A43553)

741 P2d 539

Steve P. Chez, Eugene, filed the brief for appellant.

Steven R. Bennett, filed the letter for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Plaintiff brought an action on an installment lease. He appeals from a judgment dismissing the complaint on the ground that the action was barred because of a previous litigation. Defendant concedes that the court erred in granting judgment on that basis. We agree.

Reversed and remanded.